479 A.2d 1148

Commonwealth v. Schultz, Appellant.

Submitted May 18, 1984.   John A. Halley, for appellant;   Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.

479 A.2d 1148

Commonwealth v. Stout, Appellant.

Submitted November 28, 1983.   Chester A. Reybitz, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.